## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LEONARD NOBLE                                                                                       PLAINTIFF
ADC #84701

V.                                          NO: 5:09CV00206 JMM

BRIAN LEVENGOOD *et al.*                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE